IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THI OF NEW MEXICO AT HOBBS CENTER, LLC,
THI OF NEW MEXICO, LLC,
FUNDAMENTAL ADMINISTRATIVE SERVICES, LLC,
AND FUNDAMENTAL CLINICAL CONSULTING, LLC,

Plaintiffs,

vs.                                                                                    No. 2:11-cv-00537-LH-CG

LILLIE MAE PATTON, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF WILLIE GEORGE PATTON SR., DECEASED,
Defendant.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on attorney John Bannerman and Margaret Graham's *Motion to Withdraw as Counsel*. (Doc. 18). Mr. Bannerman, Ms. Graham, and the firm of Bannerman & Johnson, P.A., seek to withdraw as counsel for Plaintiffs Fundamental Administrative Services, LLC, ("FAS") and Fundamental Clinical Consulting, LLC ("FCC"). (*Id.* at 1). The motion states that FAS and FCC consent to the withdrawal and that attorneys Randall Jones and John Serpe will continue to represent FAS and FCC in this matter. (*Id.* at 1-2). The Court, noting that the motion is unopposed and otherwise being fully apprised in premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that the *Motion to Withdraw as Counsel*, (Doc. 18), be **GRANTED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE